# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| DEBORAH A BIBBINS<br>4835 SIERRA MADRE DR<br>NEW ORLEANS LA 70127 | 14-10206<br>Chapter 13<br>Section A |

### TRUSTEE'S MOTION TO SET ASIDE MOTION TO DISMISS CASE

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that his motion to dismiss this case (pleading #64), and the related hearing set for October 25, 2018, be set aside and dismissed.

Attorney for debtor:

TIMOTHY P KIRKPATRICK
kirkpatrick@kirkpatrick-law.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor, at the addresses listed herein.

10/17/2018         by: Peter Bergeron