# United States Bankruptcy Court

Eastern District of Louisiana

DEBORAH A BIBBINS  
4835 SIERRA MADRE DR  
NEW ORLEANS LA 70127

14-10206  
Chapter 13  
Section A

ORDER GRANTING TRUSTEE'S MOTION TO SET ASIDE MOTION TO DISMISS CASE

Considering the Trustee's Motion to Set Aside Motion to Dismiss Case;

IT IS ORDERED that the Motion is granted and the Trustee's Motion to Dismiss Case scheduled for October 25, 2018 is hereby SET ASIDE AND WITHDRAWN and the hearing is cancelled.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 18, 2018.

Hon. Elizabeth W. Magner  
U.S. Bankruptcy Judge